# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Bullie Gumani,

                *Plaintiff,*

v.                                       Case No. 0:17–cv–02065–MJD–BRT

Huntington Debt Holdings, LLC, et al.,

                *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Central Mediation Services

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Mark L Vavreck
> 401 N. Third Street
> Suite 600
> Minneapolis, MN
> 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*    By:



Signature of Clerk or Deputy Clerk

Lynn P. Holden

Date of Issuance:   June 15, 2017

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:17–cv–02065–MJD–BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Central Mediation Services

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Bullie Gumani,

                             *Plaintiff,*

v.                                               Case No. 0:17–cv–02065–MJD–BRT

Huntington Debt Holdings, LLC, et al.,

                             *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Huntington Debt Holdings, LLC

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Mark L Vavreck
            401 N. Third Street
            Suite 600
            Minneapolis, MN
            55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK*      By:
*OF COURT*



                                          Lynn P. Holden

Date of Issuance:  June 15, 2017

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:17−cv−02065−MJD−BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Huntington Debt Holdings, LLC

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____