UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 17-cv-02065-MJD-BRT

| | |
|---|---|
| Bullie Gumani, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Huntington Debt Holdings, LLC, and Central Mediation Services,<br><br>Defendants. | **APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT HUNTINGTON DEBT HOLDINGS, LLC** |

Plaintiff hereby moves this Court through the Clerk of Court for an Order under the Federal Rules of Civil Procedure Rule 55(a) and (b) to grant Plaintiff's Application for Entry of Default as to its claims against Defendant Huntington Debt Holdings, LLC, under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, and Minnesota state common law.  Plaintiff's motion is supported by a declaration to be filed in accordance with Local Rule and all of the files and proceedings herein.

Dated this 15th day of September 2017.

By: *s/ Mark L. Vavreck*           .
Mark L. Vavreck
MN Bar No. 318619
Designer's Guild Building
401 North Third Street, Suite 600
Minneapolis, MN  55401
Telephone: 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
Facsimile:  612-659-9220
mvavreck@cgmvlaw.com

Thomas J. Lyons, Jr., Esq.
Attorney I.D. #: 249646
**CONSUMER JUSTICE CENTER, P.A.**
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile:  (651) 704-0907
Email: tommy@consumerjusticecenter.com

***ATTORNEYS FOR PLAINTIFF***