## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## COURT FILE NO.: 17-CV-02065-MJD-BRT

| | |
|---|---|
| Bullie Gumani, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Huntington Debt Holdings, LLC, and Central Mediation Services,<br><br>Defendants. | **MOTION FOR DEFAULT JUDGMENT** |

Plaintiff hereby moves this Court for an Order under the Federal Rules of Civil Procedure Rule 55(a) and (b) to grant Plaintiff a Default Judgment as to its claims against Defendant 11th Hour Recovery LLC under the Fair Debt Collections Practices Act, 15 U.S.C. §1692 *et seq.,* state law Invasion of Privacy, wrongful repossession, trespassing, and conversion; based upon the memorandum and affidavits to be filed in accordance with the Local Rules, and oral arguments to be presented at the hearing, and upon all the records, filings, and proceedings herein.

Dated this 8th day of March 2018.

                                                 By: s/Mark L. Vavreck
                                                 Mark L. Vavreck
                                                 MN Bar No. 318619
                                                 Designer's Guild Building
                                                 401 North Third Street, Suite 600
                                                 Minneapolis, MN  55401
                                                 Telephone: 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
                                                 Facsimile:  612-659-9220
                                                 mvavreck@cgmvlaw.com

        Thomas J. Lyons Jr. (#249646)
        CONSUMER JUSTICE CENTER P.A.
        367 Commerce Court
        Vadnais Heights, Minnesota 55127
        Telephone: (651) 770-9707
        Facsimile: (651) 704-0907
        tommycjc@aol.com

        ***ATTORNEYS FOR PLAINTIFF***