UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BULLIE GUMANI, on behalf of
himself and all others similarly situated,

       Plaintiff,

v.                                **ORDER**
                                Civil File No. 17-2065 (MJD/BRT)

HUNTINGTON DEBT HOLDINGS, LLC,
and CENTRAL MEDIATION SERVICES,

       Defendants.

Mark L. Vavreck, Gonko & Vavreck, PLLC, and Thomas J. Lyons , Jr., Consumer Justice Center P.A., Counsel for Plaintiff.

No appearance for Defendants.

      On July 10, 2018, the Court granted Plaintiff Bullie Gumani's Amended Motion for Default Judgment against Defendant Huntington Debt Holdings, LLC ("Huntington"), but withheld entry of default judgment until Plaintiff's claims against Defendant Central Mediation Services ("CMS") were resolved. [Docket No. 20]  On July 11, 2018, the Court entered an Order providing that, if Plaintiff failed to file proof of service on CMS within 20 day, the claims against CMS would be dismissed without prejudice. [Docket No. 21]  More than 20 days have

1

passed, and no proof of service has been filed. Therefore, the Court will now dismiss the claims against CMS and enter final judgment against Defendant Huntington.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. All claims against Defendant Central Mediation Services are **DISMISSED WITHOUT PREJUDICE**.

2. Judgment is entered in favor of Plaintiff Bullie Gumani as follows:

    a. Default judgment as to Count 2 is **DENIED**.

    b. Default judgment against Defendant Huntington Debt Holdings, LLC, on Count 1: Violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. is **GRANTED**. Plaintiff is awarded statutory damages of $1,000; attorneys' fees of $7,926.88; and costs of $545.00, for a total award of $9,471.88 against Defendant Huntington Debt Holdings, LLC.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:   August 7, 2018              s/ Michael J. Davis
                                     Michael J. Davis
                                     United States District Court