## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| BULLIE GUMANI, on behalf of himself and all others similarly situated | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 17-2065 MJD/BRT |
| HUNTINGTON DEBT HOLDINGS, LLC, and CENTRAL MEDIATION SERVICES | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. All claims against Defendant Central Mediation Services are DISMISSED WITHOUT PREJUDICE.
2. Judgment is entered in favor of Plaintiff Bullie Gumani as follows:
   a. Default judgment as to Count 2 is DENIED.
   b. Default judgment against Defendant Huntington Debt Holdings, LLC, on Count 1: Violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. is GRANTED. Plaintiff is awarded statutory damages of $1,000; attorneys' fees of $7,926.88; and costs of $545.00, for a total award of $9,471.88 against Defendant Huntington Debt Holdings, LLC.

Date: 8/9/2018                                          KATE M. FOGARTY, CLERK

                                                        s/A. Linner
                                                        (By)  A. Linner, Deputy Clerk